UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| QUINTON LEE JENNINGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00459-JPH-MG |
| | ) |
| DALTON Aramark Supervisor Employee, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Quinton Jennings' motion requesting a Court order that he be provided access to the law library, dkt. [50], is **DENIED**. Mr. Jennings' motion, dkt. [55], is **GRANTED** insofar as the **clerk is directed** to **strike** the second amended complaint, dkt. 53.

This Court only has authority to resolve the cases and controversies presented to it, U.S. Const., art. 3, § 2, and can only grant injunctive relief related to the claims pending in those cases and controversies. *See Benisek v. Lamone*, 585 U.S. 155, 161 (2018) ("[T]he purpose of a preliminary injunction is merely to preserve the relative positions of the parties until a trial on the merits can be held.") (internal quotations omitted); *DeBeers Consol. Mines v. United States*, 325 U.S. 212, 220 (1945) ("A preliminary injunction is always appropriate to grant intermediate relief of the same character as that which may be granted finally.").

This action concerns an incident in which Mr. Jennings was injured in the kitchen at a prison where he is no longer incarcerated. Dkt. 1. It has no

relationship to law library policies or procedures at his new prison. If Mr. Jennings wishes to seek judicial relief related to law library access, he must raise his claims in a new case after pursuing whatever relief is available through the prison's administrative process.

 Mr. Jennings has filed two amended complaints that are nearly identical, and subsequently filed a motion to disregard the amended complaint filed via mail. The **clerk is directed** to **strike** the second filed amended complaint, dkt. [53]. The Court will screen the amended complaint pursuant to 28 U.S.C. 1915A in a separate order.

**SO ORDERED.**

Date: 9/30/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

QUINTON LEE JENNINGS
121974
MIAMI – CF
MIAMI CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

All electronically registered counsel

2